UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIGEL FREDERICKS,

        Plaintiff,

v.

                                   Case No. 11-10810
                                   Honorable David M. Lawson
                                   Magistrate Judge Mark A. Randon

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.

_____/

**ORDER OVERRULING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S
ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The matter is before the Court on the plaintiff's objection to Magistrate Judge Mark A.

Randon's order denying the plaintiff's motion for default judgment.

Under 28 U.S.C. § 636(b)(1)(A), a magistrate judge has the authority "to hear and determine

any pretrial matter pending before the court," with certain exceptions that do not apply here.  28

U.S.C. § 636(b)(1)(A).  Federal Rule of Civil Procedure 72 permits parties a fourteen-day window

after service of the order to object.  Fed. R. Civ. P. 72(a).  Upon receiving objections, this Court

reviews an order by a magistrate judge on a non-dispositive matter to determine whether the decision

is "clearly erroneous or contrary to law."  28 U.S.C. § 363(b)(1)(A); *see also* Fed. R. Civ. P. 72(a)

(stating that upon receipt of timely objections, "[t]he district judge in the case must consider timely

objections and modify or set aside any part of the order that is clearly erroneous or is contrary to

law"); *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001).  A decision is "clearly erroneous"

when, "although there is evidence to support it, the reviewing court on the entire evidence is left

with a definite and firm conviction that a mistake has been committed."  *United States v. United*

*States Gypsum Co.*, 333 U.S. 364, 395 (1948).  Where there are two plausible views, a decision cannot be "clearly erroneous."  *Anderson v. City of Bessemer City*, 470 U.S. 564, 574 (1985).

The Court has reviewed the magistrate judge's order and found no clear error.  Therefore, the plaintiff's objection will be overruled.

Accordingly, it is **ORDERED** that the plaintiff's objection to Magistrate Judge Mark A. Randon's order denying the plaintiff's motion for default judgment [dkt. #39] are **OVERRULED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   November 10, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 10, 2011.

s/Deborah R. Tofil
DEBORAH R. TOFIL